IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00307-MEH

CHRISTOPHER MACDUFF, and
DILLON MEANS,

    Plaintiffs,

v.

LONDON SPRINGS, LLC d/b/a Ambli Global Cuisine,
PARIZA B. MEHTA, and
KELLY L. MORRISON,

    Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 19, 2021; ECF 29]. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Stipulation. Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear his, her, or its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary.

    Dated and entered at Denver, Colorado, this 20th day of October, 2021.

                                                            BY THE COURT:

                                                             *Michael E. Hegarty*

                                                             Michael E. Hegarty
                                                             United States Magistrate Judge